# SUBSTITUTION OF ATTORNEY FORM

In Re:                    )
                          )
ALL CASES                 )      **Notice of Substitution of Attorney**
                          )
                          )

    Benjamin E. Gurstelle of Briggs and Morgan, P.A. withdraw and substitute John R. McDonald of Briggs and Morgan, P.A. to the cases noted below:

- ☑ All cases are being retained by the firm, to be handled by the substituted attorney named above. A list of cases is not required.
- ☐ Cases in the attached list are to be retained by the firm, to be handled by the substituted attorney named above. A list of these cases is attached (please reference in the caption "AS PER ATTACHED LIST").

    This procedure affects both open and closed cases, and requires the signatures of the department firm attorney and the new firm attorney. Only the attorney under whose password the document is submitted may sign this document electronically. See Local Rule 9011-4(f).

    Submit this form with the Notice of Withdrawal and Substitution of Counsel event under the "other case events" menu.

Dated: February 7, 2019

| | |
|---|---|
| _____ | _e/John R. McDonald_____ |
| (Signature of departing attorney) | (Signature of new attorney) |
| Benjamin E. Gurstelle (#0389968) | John R. McDonald (#0168592) |
| Briggs and Morgan, P.A. | Briggs and Morgan, P.A. |
| 80 South Eighth Street, 2200 IDS Center | 80 South Eighth Street, 2200 IDS Center |
| Minneapolis, MN 55402 | Minneapolis, MN 55403 |
| 612.977.8400 Telephone | 612.977.8400 Telephone |
| 612.977.8650 Fax | 612.977.8650 Fax |
| | jmcdonald@briggs.com |

11442169v1