# DESIGNATION OF UNITED STATES BANKRUPTCY JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE
# EIGHTH CIRCUIT

_____

WHEREAS, in my judgment, the public interest so requires,

NOW THEREFORE, I do hereby designate and assign the

**HONORABLE SHON K. HASTINGS**

United States Bankruptcy Chief Judge for the **District of North Dakota**, to hear cases and serve as mediator in the United States Bankruptcy Court for the **District of Minnesota** beginning **January 1, 2022**, and ending **December 31, 2022**, and for such additional time in advance thereof to prepare for the hearing of cases and mediation, or thereafter as may be required to complete unfinished business.

Dated: December 23, 2021

_Lavenski R. Smith_
Lavenski R. Smith, Chief Judge
United States Court of Appeals, Eighth Circuit


Original:    Tricia M. Pepin, Clerk of Court, District of Minnesota
cc:          Chief Judge Michael E. Ridgway, District of Minnesota
             Chief Judge Shon K. Hastings, District of North Dakota
             Kay Melquist, Clerk of Court, District of North Dakota
             Millie Adams, Circuit Executive